UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:19-CR-00041-H



UNITED STATES OF AMERICA :
:
v. : ORDER
:
MICHAEL DELINDA STANSBURY :

This matter comes now before this court on motion of the United States to order the disposition of a firearm associated with the above captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and orders the Halifax County Sheriff's Office to dispose of a Glock .40 caliber handgun bearing s/n BHK682 and any and all ammunition and accessories, by destruction, incapacitation, or other means in accordance with its regulations.

This the 11th day of February 2020.

MALCOLM J. HOWARD
Senior United States District Judge